**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Burke Brands LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Don Pablo Coffee |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 54-2154754 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 521 N.E. 189th Street | |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| Miami       FL       33179 | |
| City        State    ZIP Code | City        State    ZIP Code |
| | |
| | **Location of principal assets, if different from principal place of business** |
| Miami-Dade County | |
| County | Number    Street |
| | |
| | City        State    ZIP Code |

5. **Debtor's website** (URL)    www.burkebrands.com

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor **Burke Brands LLC** _____    Case number (*if known*)_____
      Name

---

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   **4452**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
   - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   - ☐ A plan is being filed with this petition.
   - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____  Case number _____
                                      MM / DD / YYYY
          District _____  When _____  Case number _____
                                      MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
          District _____  When _____
                                                          MM / DD / YYYY
          Case number, if known _____

---

Debtor __Burke Brands LLC_____    Case number (*if known*)_____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>    **Why does the property need immediate attention?** (*Check all that apply.*)<br>    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>    ☐ It needs to be physically secured or protected from the weather.<br>    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>    ☐ Other _____<br><br>    **Where is the property?** _____<br>        Number    Street<br>    _____<br>    _____<br>    City    State    ZIP Code<br><br>    **Is the property insured?**<br>    ☐ No<br>    ☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000      ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Debtor  Burke Brands LLC
        Name                                            Case number (*if known*)_____

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/29/2022
             MM / DD / YYYY

✘ /s/ Darron Burke                              Darron Burke
Signature of authorized representative of debtor   Printed name

Title  Manager

### 18. Signature of attorney

✘ /s/ Aaron A. Wernick                          Date  12/29/2022
Signature of attorney for debtor                      MM / DD / YYYY

Aaron A. Wernick
Printed name

Wernick Law, PLLC
Firm name

2255 Glades Road Suite 324A
Number      Street

Boca Raton                                      FL          33431
City                                            State       ZIP Code

561-961-0922                                    awernick@wernicklaw.com
Contact phone                                   Email address

14059                                           FL
Bar number                                      State

**Fill in this information to identify the case:**

Debtor name: Burke Brands LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express<br>PO Box 6031<br>Carol Stream, IL, 60197-6031 | | Credit Card Debt | | | | 517,174.15 |
| 2 | Divvy Card<br>13707 S 200 W<br>Ste 100<br>Draper, UT, 84020 | | Credit Card Debt | | | | 436,412.49 |
| 3 | Shopify<br>100 Shockoe Slip, 2nd Floor<br>Richmond, VA, 23219 | | Monies Loaned / Advanced | | | | 180,578.57 |
| 4 | Alipack International LLC<br>7110 SW 158th Ct.<br>Miami, FL, 33193 | | Suppliers or Vendors | | | | 145,944.86 |
| 5 | Best Candidates Inc<br>7297 NW 36th St<br>Miami, FL, 33165 | | Contract labor | | | | 140,738.79 |
| 6 | Brex Card<br>12832 Frontrunner Blvd<br>Suite 500<br>Draper, UT, 84020 | | Credit Card Debt | | | | 134,991.21 |
| 7 | LEAF Capital Funding, LLC<br>2005 Market Street, 14th Floor<br>Philadelphia, PA, 19103 | | Monies Loaned / Advanced | | | | 133,488.30 |
| 8 | LEAF Capital Funding, LLC<br>c/o LEAF Commercial Capital, Inc.<br>1720 A Crete Street<br>Moberly, MO, 65270 | | Monies Loaned / Advanced | | | | 98,051.06 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor: Burke Brands LLC (Name)  Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | PayPal Working Capital P.O. Box 45950 Omaha, NE, 68145-0950 | | Monies Loaned / Advanced | | | | 86,451.89 |
| 10 | Total Quality Logistics PO Box 634558 Cincinnati, OH, 45263-4558 | | Services | | | | 74,991.00 |
| 11 | Roastar 200 S 84th Ave Wausau, WI, 54401 | | Suppliers or Vendors | | | | 74,165.71 |
| 12 | Red Goni Coffee, LLC 16141 Malaga Ln. Unit #D Huntington Beach, CA, 92647 | | Suppliers or Vendors | | | | 66,405.96 |
| 13 | Fedex Freight PO Box 10306 Dept CH Palantine, IL, 60055-0306 | | Services | | | | 41,942.76 |
| 14 | MaxPak Total Packaging 2808 New Tampa Hwy Lakeland, FL, 33815 | | Suppliers or Vendors | | | | 33,873.88 |
| 15 | iFill Systems 4060 Grant St #106 Washougal, WA, 98671 | | Suppliers or Vendors | | | | 25,484.80 |
| 16 | Oracle Financing / Bank of America Leasing Lease Administration Center PO Box 405874 Atlanta, GA, 30384-5874 | | Software lease | | | | 22,857.53 |
| 17 | Blue Jay Trucking Corp. P.O. Box 667676 Miami, FL, 33166 | | Services | | | | 19,624.20 |
| 18 | Paper Tubes & Sales 1550 Hinton Street Dallas, TX, 75235 | | Suppliers or Vendors | | | | 18,434.94 |
| 19 | Publicity for Good LLC 140 S Sterling Street Morganton, NC, 28655 | | Services | | | | 17,166.66 |
| 20 | Um Segundo Filmes Rua Dom Joao IV 1000 4000-300 Porto, Portugal | | Services | | | | 15,338.88 |

**Acorn East Paper Products Company LLC**
16301 NW 15th Avenue
Miami, FL 33169


**Alipack International LLC**
7110 SW 158th Ct.
Miami, FL 33193


**American Express**
PO Box 6031
Carol Stream, IL 60197-6031


**Ann & Kent Dickinson**
6628 Waters Edge Drive
Covington
GA 30014


**Best Candidates**
PO Box 10427
Fort Wayne, IN 46852-0427


**Best Candidates Inc**
7297 NW 36th St
Miami, FL 33165


**Blue Jay Trucking Corp.**
P.O. Box 667676
Miami, FL 33166


**Brex Card**
12832 Frontrunner Blvd
Suite 500
Draper, UT 84020


**Burke Brands 1395 LLC**
521 NE 189th Street
Miami, FL 33179


**Civil Process Clerk**
**U.S. Attorney's Office for D.C.**
601 D Street, NW
Washington, DC 20530


**Cloudfund LLC**
400 Rella Blvd.
Suite 165-101
Suffern, NY 10901


**Create Trade**
1100 Lee Wagener Blvd
Fort Lauderdale, FL 33315

Dave Weighton
453 Tivoli Drive
Jacksonville
FL 32259


Delta Bridge Funding LLC
c/o Cloudfund LLC
2875 NE 191st St Suite 500
Miami, FL 33180


Dependable Packaging Solutions Inc.
PO Box 748472
Atlanta, GA 30384-6646


Divvy Card
13707 S 200 W
Ste 100
Draper, UT 84020


Emil Segebre
6695 NW 36th Avenue
Miami, FL 33147


Emil Segebre
10773 NW 58 Street
Doral
FL 33178


Fedex Freight
PO Box 10306
Dept CH
Palantine, IL 60055-0306


Ferrellgas
PO Box 173940
Denver, CO 80217-3940


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


Florida First Capital Finance Corporation, In
1351 N Gadsden Street
Tallahassee, FL 32303


Focustar Capital Group LLC
102 NE 2nd Street, #190
Boca Raton, FL 33432


iFill Systems
4060 Grant St #106
Washougal, WA 98671

Incafe Inc.
c/o Emil Segebre
10773 NW 58 Street #272
Miami, FL 33178


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jahani & Associates
641 Lexington Ave.
15th Floor
New York, NY 10018


JLGC Holdings LLC
300 Oakhurst Lead Dr
Milton, GA 30004


JLGC Holdings, LLC
300 Oakhurst Leaf Drive
Alpharetta
GA 30004


John Miracola
255 North University Drive
Hollywood
FL 33024


LEAF Capital Funding, LLC
c/o LEAF Commercial Capital, Inc.
1720 A Crete Street
Moberly, MO 65270


LEAF Capital Funding, LLC
2005 Market Street, 14th Floor
Philadelphia, PA 19103


LendAbiz
324 Datura St
West Palm Beach, FL 33401


Linelle Kagawa
18081 Biscayne Blvd
Aventura
FL 33160


MaxPak Total Packaging
2808 New Tampa Hwy
Lakeland, FL 33815


Miami Dade County Tax Collector
140 West Flagler St., 1st Floor
Miami, FL 33130

**Office of Inspector General SBA**
**409 3rd Street, SW**
**Suite 7150**
**Washington, DC 20416-0005**


**Oracle Financing / Bank of America Leasing**
**Lease Administration Center**
**PO Box 405874**
**Atlanta, GA 30384-5874**


**Ouiby Inc.**
**DBA Kickfurther**
**1215 Spruce St**
**Boulder, CO 80302-4834**


**Ouiby Inc.**
**d/b/a Kickfurther**
**PO Box 21584**
**Boulder, CO 80308-4584**


**Paper Tubes & Sales**
**1550 Hinton Street**
**Dallas, TX 75235**


**PayPal Credit**
**P.O. Box 105658**
**Atlanta, GA 30348-5658**


**PayPal Working Capital**
**P.O. Box 45950**
**Omaha, NE 68145-0950**


**PCA Packaging Corporation of America**
**1 North Field Court**
**Lake Forest, IL 60045**


**Publicity for Good LLC**
**140 S Sterling Street**
**Morganton, NC 28655**


**Rapid Finance**
**4500 East West Highway**
**6th Floor**
**Chevy Chase, MD 20815**


**Red Dog Ventures, LLC**
**2527 Lemon Tree Lane**
**Charlotte**
**NC 28211**


**Red Goni Coffee, LLC**
**16141 Malaga Ln. Unit #D**
**Huntington Beach, CA 92647**

**Roastar**
**200 S 84th Ave**
**Wausau, WI 54401**


**Roastar**
**PO Box 2136**
**Wausau, WI 54402-2136**


**Robert Johnston**
**18081 Biscayne Blvd**
**Aventura**
**FL 33160**


**Ronald Fiadini**
**2201 NW 85 Avenue**
**Pembroke Pines**
**FL 33024**


**Sandra LaFrance**
**15 Pantry Road**
**Hatfield**
**MA 01038**


**SBA - Region IV**
**233 Peachtree Street NE**
**Suite 1800**
**Atlanta, GA 30303-1508**


**SBA Office of General Counsel**
**409 3rd St., SW**
**Washington, DC 20416-0005**


**SBA South Florida District**
**51 SW 1st Ave #201**
**Miami, FL 33130-1608**


**Shopify**
**100 Shockoe Slip, 2nd Floor**
**Richmond, VA 23219**


**Small Business Administration**
**U.S. Dept. Treasury Bureau of the Fiscal**
**P.O. Box 830794**
**Birmingham, AL 35283-0794**


**Small Business Financial Solutions, LLC**
**dba Rapid Advance**
**4500 East West Highway, 6th Floor**
**Bethesda, MD 20814**

```
Sofiagrey LLC
dba eFinancial Tree
201 Broad Street, Suite 1002
Riverside, CT 06878


State of Florida, Dept. of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668


Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263-4558


U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


U.S. Attorney's Office
Attn: Civil Process Clerk
555 Fourth Street, N.W.
Washington, DC 20530


U.S. Century Bank
2301 NW 87 Ave
Miami, FL 33172


U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road NE, Suite 900
Atlanta, GA 30326-1382


U.S. Small Business Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202


Um Segundo Filmes
Rua Dom Joao IV 1000
4000-300
Porto, Portugal,


US Attorney Office
Attn: Civil Process Clerk
99 N.E. 4th Street
Miami, FL 33132
```

```
Valmar Enterprises, Inc.
5000 Eldorado Parkway
Suite 150-203
Frisco, TX 75033


Velocity Capital
333 Pearsall Ave
Suite 105
Cedarhurst, NY 11516


Winn Capital
34 Kurt Rd
Pittsford, NY 14534
```

United States Bankruptcy Court
Southern District of Florida

In re: Burke Brands LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 12/29/2022

/s/ Darron Burke
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor