UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

                                                        Case No. 22-19932-RAM

Burke Brands LLC                                     Chapter 11
dba Don Pablo Coffee,

          Debtor.
_____/

**NOTICE OF WITHDRAWAL OF
DEBTOR'S EMERGENCY MOTION FOR AN ORDER AUTHORIZING PAYMENT
OF PREPETITION CLAIMS OF CRITICAL VENDORS [ECF 7]**

Burke Brands LLC (the "Debtor"), by and through undersigned counsel, hereby withdraws the *Debtor's Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors* at ECF No. 7.

Dated: January 25, 2023

                                                    Wernick Law, PLLC
                                                    *Counsel for the Debtor*
                                                    2255 Glades Road, Suite 324A
                                                    Boca Raton, FL 33431
                                                    (561) 961-0922

                                                    By: /s/*Aaron A. Wernick*
                                                         Aaron A. Wernick, Esq.
                                                         Florida Bar No. 14059
                                                         awernick@wernicklaw.com

**SERVED VIA CM/ECF NOTICE ON January 25, 2023 TO:**

- Leyza F. Blanco   lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- Elizabeth R Brusa   ebrusa@bradley.com, cmeier@bradley.com;elizabeth-brusa-5933@ecf.pacerpro.com
- Robert C Folland   rob.folland@btlaw.com, april.lantz@btlaw.com
- Craig I Kelley   craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- Linda Marie Leali   trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
- Lauren G Raines   lraines@bradley.com, jbrandt@bradley.com

- Steven D Schneiderman    Steven.D.Schneiderman@usdoj.gov
- James Schwitalla    jwscmecf@bellsouth.net, miamibkcmyecf@gmail.com;schwitallajr74031@notify.bestcase.com
- Raychelle A Tasher    Raychelle.Tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov