UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE:<br><br>Burke Brands, LLC dba Don Pablo Coffee, | CASE NO: 22-19932-RAM<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 116 |

On 3/7/2023, I did cause a copy of the following documents, described below,

Expedited Motion to Approve Repurchase and Sale Agreement with Green Coffee Supplier ECF Docket Reference No. 116

Expedited Motion to Obtain Credit (Unsecured) 117

Re-Notice of Hearing 118

Re-Notice of Subchapter V Status Conference 119

Notice of Hearing 120

Notice of Hearing 121

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/7/2023

/s/ Aaron A. Wernick, Esq.
Aaron A. Wernick, Esq.  14059
Attorney for Debtor
Wernick Law, PLLC
2255 Glades Road, Suite 324A
Boca Raton, FL  33431
561 613 8306
awernick@wernicklaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE:<br><br>Burke Brands, LLC dba Don Pablo Coffee, | CASE NO: 22-19932-RAM<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 116 |

On 3/7/2023, a copy of the following documents, described below,

Expedited Motion to Approve Repurchase and Sale Agreement with Green Coffee Supplier ECF Docket Reference No. 116

Expedited Motion to Obtain Credit (Unsecured) 117

Re-Notice of Hearing 118

Re-Notice of Subchapter V Status Conference 119

Notice of Hearing 120

Notice of Hearing 121

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/7/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Aaron A. Wernick, Esq.
Wernick Law, PLLC
2255 Glades Road, Suite 324A
Boca Raton, FL  33431

USPS FIRST CLASS MAILING ~~RECIPIENTS:~~
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ACORN EAST PAPER PRODUCTS COMPANY LLC<br>16301 NW 15TH AVENUE   MIAMI FL 33169<br>AFFORDABLE AIR & HEAT 515 NE 190TH STREET   MIAMI FL 33169<br>ALIPACK INTERNATIONAL LLC 7110 SW 158TH CT.   MIAMI FL 33193<br>AMERICAN EXPRESS NATIONAL BANK C/O BECKET & LEE PO BOX 3001 MALVERN PA ~~~~ | LEAF CAPITAL FUNDING, LLC C/O LEAF COMMERCIAL CAPITAL, INC.<br>1720 A CRETE STREET<br>MOBERLY MO 65270 | LEAF CAPITAL FUNDING, LLC<br>2005 MARKET STREET 14TH FLOOR<br>PHILADELPHIA PA 19103 |
| LENDABIZ<br>224 DATURA ST, STE 413<br>WEST PALM BEACH FL 33401 | LINELLE KAGAWA<br>18081 BISCAYNE BLVD<br>AVENTURA FL 33160 | MALLOY & MALLOY, P.L.<br>2800 SW 3RD AVE<br>MIAMI FL 33129 |
| MAXPAK TOTAL PACKAGING<br>2808 NEW TAMPA HWY<br>LAKELAND FL 33815 | MIAMI DADE COUNTY TAX COLLECTOR<br>140 WEST FLAGLER ST. 1ST FLOOR<br>MIAMI FL 33130 | MIKE LINDELL PRODUCTS, LLC<br>343 E. 82ND STREET SUITE 102<br>CHASKA MN 55318 |
| MYSTORE<br>1550 AUDOBON RD<br>CHASKA MN 55318 | OFFICE OF INSPECTOR GENERAL SBA<br>409 3RD STREET SW SUITE 7150<br>WASHINGTON DC 20416-0005 | ORACLE FINANCING / BANK OF AMERICA LEASING LEASE ADMINISTRATION CENTER<br>PO BOX 405874<br>ATLANTA GA 30384-5874 |
| OUIBY INC. DBA KICKFURTHER<br>1215 SPRUCE ST, STE. 201<br>BOULDER CO 80302-4834 | OUIBY INC. DBA KICKFURTHER<br>PO BOX 21584<br>BOULDER CO 80308-4584 | PAPER TUBES & SALES<br>1550 HINTON STREET<br>DALLAS TX 75235 |
| PARAGON PRINT SYSTEMS INC.<br>2021 PARAGON DRIVE<br>ERIE PA 16510 | PAYPAL WORKING CAPITAL<br>2211 NORTH FIRST STREET<br>SAN JOSE CA 95131 | PCA PACKAGING CORPORATION OF AMERICA<br>1 NORTH FIELD COURT<br>LAKE FOREST IL 60045 |
| PUBLICITY FOR GOOD LLC<br>140 S STERLING STREET<br>MORGANTON NC 28655 | QUARTER COMPANY GROUP, INC.<br>C/O ADAM HOROWITZ<br>P.O. BOX 531045<br>MIAMI FL 33153 | RAPID FINANCE<br>4500 EAST WEST HIGHWAY 6TH FLOOR<br>CHEVY CHASE MD 20815 |
| RED DOG VENTURES, LLC<br>2810 DELWYN AVE., UNIT #407<br>CHARLOTTE NC 28209 | RED GONI COFFEE, LLC<br>825 W LAMBERT RD<br>BREA CA 92821 | REGAIN GROUP LLC C/O BORIS YANKOVICH, ESQ.<br>415 OCEAN VIEW AVE, FL 3<br>BROOKLYN NY 11235-6828 |
| ROASTAR<br>PO BOX 2136<br>WAUSAU WI 54402-2136 | ROASTAR<br>200 S 84TH AVE<br>WAUSAU WI 54401 | ROBERT JOHNSTON<br>18081 BISCAYNE BLVD<br>AVENTURA FL 33160 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RONALD FIADINI<br>2201 NW 85 AVENUE<br>PEMBROKE PINES FL 33024 | SANDRA LAFRANCE<br>15 PANTRY ROAD<br>HATFIELD MA 01038 | SBA - REGION IV<br>233 PEACHTREE STREET NE SUITE 1800<br>ATLANTA GA 30303-1508 |
| SBA OFFICE OF GENERAL COUNSEL<br>409 3RD ST. SW<br>WASHINGTON DC 20416-0005 | SBA SOUTH FLORIDA DISTRICT<br>51 SW 1ST AVE #201<br>MIAMI FL 33130-1608 | SHOPIFY<br>100 SHOCKOE SLIP 2ND FLOOR<br>RICHMOND VA 23219 |
| SMALL BUSINESS ADMINISTRATION<br>U.S. DEPT. TREASURY BUREAU OF THE FISCAL<br>P.O. BOX 830794<br>BIRMINGHAM AL 35283-0794 | SMALL BUSINESS FINANCIAL SOLUTIONS, LLC<br>DBA RAPID ADVANCE<br>4500 EAST WEST HIGHWAY, 6TH FL<br>BETHESDA MD 20814 | SOFIAGREY LLC DBA EFINANCIAL TREE<br>201 BROAD STREET, STE 1002<br>STAMFORD CT 06902 |
| SOFIAGREY LLC DBA EFINANCIAL TREE<br>7014 13TH AVE., STE. 202<br>BROOKLYN NY 11228 | SUPERIUM COFFEE WAREHOUSE LLC<br>RICHARD A SCHURR PA, RA<br>100 ALMERIA AVENUE, STE 330<br>MIAMI FL 33134 | SUPERIUM COFFEE WAREHOUSE LLC<br>3245 SW 96TH AVENUE<br>MIAMI FL 33165 |
| STATE OF FLORIDA, DEPT. OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 6668 TALLAHASSEE<br>FL 32314-6668 | TOTAL QUALITY LOGISTICS<br>PO BOX 634558<br>CINCINNATI OH 45263-4558 | ULTRA PURE LLC<br>50 OLD KINGS HWY N<br>DARIEN CT 06820 |
| U.S. ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20530-0001 | U.S. ATTORNEY'S OFFICE ATTN: CIVIL PROCESS CLERK<br>555 FOURTH STREET NW<br>WASHINGTON DC 20530 | U.S. CENTURY BANK<br>2301 NW 87 AVE<br>MIAMI FL 33172 |
| U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20530-0001 | U.S. SECURITIES & EXCHANGE COMMISSION<br>OFFICE OF REORGANIZATION<br>950 EAST PACES FERRY ROAD NE, STE 900<br>ATLANTA GA 30326-1382 | U.S. SMALL BUSINESS ADMINISTRATION<br>LITTLE ROCK COMMERCIAL LOAN SERVICING CENTER<br>2120 RIVERFRONT DRIVE, STE 100<br>LITTLE ROCK AR 72202 |
| INTERNATIONAL<br>UM SEGUNDO FILMES RUA DOM JOAO IV<br>1000 4000-300 PORTO   PORTUGAL<br>PORTUGAL | US ATTORNEY OFFICE ATTN: CIVIL PROCESS CLERK<br>99 N.E. 4TH STREET<br>MIAMI FL 33132 | VALMAR ENTERPRISES INC.<br>5000 ELDORADO PARKWAY SUITE 150-203<br>FRISCO TX 75033 |
| VELOCITY CAPITAL<br>333 PEARSALL AVE SUITE 105<br>CEDARHURST NY 11516 | VER PLOEG & MARINO, P.A.<br>100 SE 2ND ST SUITE 33000<br>MIAMI FL 33131 | VMNL CORPORATION<br>890 HAWTHORNE TERRACE<br>WESTON  FL 33327 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.


WASTE PRO                                WINN CAPITAL
2101 WEST STATE ROAD 434 SUITE 305       495 FLATBUSH AVE
LONGWOOD   FL 32779-5053                 BROOKLYN NY 11225
```