UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

                                                     Case No. 22-19932-RAM

Burke Brands, LLC,                          Chapter 11

            Debtor.

_____/

**NOTICE OF WITHDRAWAL OF MOTION FOR APPROVAL OF FINANCING [ECF 173] AND NOTICE OF CANCELLATION OF HEARING [ECF 174]**

       Debtor Burke Brands, LLC hereby withdraws the following document:

           - *Expedited Motion for Approval of Secured Postpetition Financing* [ECF 173]

       The hearing on the Motion, scheduled to take place on May 11, 2023 at 12:00 p.m., is therefore CANCELLED.

       I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF Notice on May 9, 2023, on all parties registered to receive electronic notice.

                                      Wernick Law, PLLC
                                      *Attorneys for the Debtor*
                                      2255 Glades Road, Suite 324A
                                      Boca Raton, Florida 33431
                                      (561)961-0922

                                      By: */s/Aaron A. Wernick*
                                      Aaron A. Wernick, Esq.
                                      Florida Bar No.: 14059
                                      awernick@wernicklaw.com