## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:  Case No. 1:22-bk-19932

BURKE BRANDS LLC,  Chapter 11 (Subchapter V)

Debtor.  Hon. Robert A. Mark

_____/

### NOTICE OF WITHDRAWAL

LEAF Capital Funding, LLC ("LEAF") hereby submits this Notice of Withdrawal of its:

- *Notice of Election Pursuant to Section 1111(b)* [Dkt. No. 293];

- *Objection to Confirmation of Amended Plan of Reorganization* [Dkt. No. 294];

- *Chapter 11 Ballot Rejecting Plan (Class 3)* [Dkt. No. 295];

- *Chapter 11 Ballot Rejecting Plan (Class 4)* [Dkt. No. 296]; and

- *Chapter 11 Ballot Rejecting Plan (Class 10)* [Dkt. No. 297].

Dated: December 6, 2023

Respectfully submitted,

**LEAF CAPITAL FUNDING, LLC**,

By: */s/ Nikita J. Desai*
One of Its Attorneys

Nikita J. Desai, Esq. (FBN 1030749)
**HORWOOD MARCUS & BERK CHARTERED**
500 W. Madison Street, Suite 3700
Chicago, Illinois 60661
Tel.: (312) 606-3227
Fax: (312) 267-2240
ndesai@hmblaw.com
ecfnotices@hmblaw.com

6998145/1/20639.008

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 6, 2023, I electronically filed the foregoing **NOTICE OF WITHDRAWAL** with the Clerk of the Court, which caused a copy to be served on those registered for CM/ECF service.

                                                                            */s/ Nikita J. Desai*