IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BURKE BRANDS, LLC, | § | Case No. 22-19932-RAM |
| | § | Chapter 11 |
| Debtor. | § | |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF
CREDITOR CHANNEL'S MOTION FOR RELIEF FROM
AUTOMATIC STAY OR, IN THE ALTERNATIVE,
MOTION TO COMPEL PAYMENT OF ADEQUATE PROTECTION**

PLEASE TAKE NOTICE that Secured Creditor Channel Partners Capital, LLC ("Channel"), by and through its counsel, hereby withdraws its Motion for Relief from Automatic Stay Or, in the Alternative, Motion to Compel Payment of Adequate Protection (Docket No. 144) which was filed on March 24, 2023.

Dated: December 11, 2023

    Respectfully submitted,

    THE LAW OFFICES OF RONALD S. CANTER, LLC

    */s/ Ronald S. Canter*
    Ronald S. Canter, Esq.
    Bar # 335045
    200A Monroe Street, Suite 104
    Rockville, Maryland 20850
    301.424.7490 (telephone) | 301.424.7470 (facsimile)
    rcanter@roncanterllc.com
    **Counsel for Creditor,**
    **Channel Partners Capital, LLC**

    400 S. Dixie Hwy #322
    Boca Raton, Florida 33432
    Local Address

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 11th day of December, 2023, to:

Aaron A. Wernick, Esq.
Wernick Law, PLLC
2255 Glades Road # 324A
Boca Raton, FL 33431
awernick@wernicklaw.com
**Counsel for Debtor**

Linda M. Leali, Esq.
2525 Ponce De Leon Blvd. Suite 300
Coral Gables, FL 33134
lleali@lealilaw.com
**U.S. Trustee**

Steven D. Schneiderman, Esq.
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130
Steven.D.Schneiderman@usdoj.gov

and mailed, first class, postage pre-paid this 11th day of December, 2023, to:

Burke Brands, LLC
521 N.E. 189th Street
Miami, FL 33179
**Debtor**

*/s/ Ronald S. Canter*
Ronald S. Canter