UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

Burke Brands LLC
dba Don Pablo Coffee,

        Debtor.
_____/

Case No. 22-19932-RAM
Chapter 11

**NOTICE OF FILING OF**
**NOTICE OF CONFIRMATION AND OCCURRENCE OF EFFECTIVE DATE**
**OF THE THE DEBTOR'S THRID AMENDED PLAN OF REORGANIZATION**

    BURKE BRANDS LLC hereby files the following document:

- *Notice of Confirmation and Occurrence of Effective Date of the Debtor's Third Amended Plan of Reorganization*

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF Notice on January 16, 2024, on all parties registered to receive electronic notice.

    Wernick Law, PLLC
*Attorneys for the Debtor*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561)961-0922

By: */s/Aaron A. Wernick*
Aaron A. Wernick, Esq.
Florida Bar No.: 14059
awernick@wernicklaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

BURKE BRANDS LLC

Case No. 22-19932-RAM
Chapter 11

Debtor.
_____/

## NOTICE OF CONFIRMATION AND OCCURRENCE OF EFFECTIVE DATE OF THE DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

**TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on December 21, 2023, the Court entered an order [ECF 393] confirming the *Third Amended Plan of Reorganization* [ECF 348] filed by Burke Brands, LLC.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan was January 5, 2024.

Date: January 16, 2024

Respectfully submitted,

Wernick Law, PLLC
*Attorneys for the Debtor*
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
Tel:(561)961-0922

By: /s/ *Aaron A. Wernick*
Aaron A. Wernick, Esq.
Florida Bar No: 14059
awernick@wernicklaw.com