# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Burke Brands LLC, | Case No. 22-19932-RAM |
| Debtor. | Honorable Robert A Mark |

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that by reason of its combination with Horwood Marcus & Berk Chartered on March 1, 2024, Kilpatrick Townsend & Stockton LLP now appears as attorney of record for LEAF Capital Funding, LLC, a creditor and party in interest in the above-captioned bankruptcy proceeding pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure.

Please take further notice that the undersigned hereby requests that all notices and papers specified by or filed pursuant to 11 U.S.C. § 1109(b) and Rules 2002 or 9010 of the Federal Rules of Bankruptcy Procedure, and all other notices given or required to be given in this case, be given and served upon:

Aaron L. Hammer
**KILPATRICK TOWNSEND & STOCKTON LLP**
500 W. Madison Street, Suite 3700
Chicago, Illinois 60661
Telephone: (312) 606-3227
Facsimile: (312) 267-2240
Primary email: ahammer@ktslaw.com
Secondary email: dwen@ktslaw.com

1

2

Please take notice that the foregoing request includes not only the notices and the papers referred to in the rules specified above, but also includes orders and notices of any applications, motions, petitions, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telefax, telex orotherwise, which may affect or seek to affect in any way any rights or interest of the above stated creditors. The Clerk of this Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with this case.

Dated: April 26, 2024

Respectfully submitted,

By:   /s/ *Aaron L. Hammer*

Aaron L. Hammer, Esq. (IL #6243069)
**KILPATRICK TOWNSEND & STOCKTON LLP**
500 W. Madison Street, Suite 3700
Chicago, Illinois 60661
Telephone: (312) 606-3227
Facsimile: (312) 267-2240
Primary email: ahammer@ktslaw.com
Secondary email: dwen@ktslaw.com

*Attorney for LEAF Capital Funding, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 26, 2024, I electronically filed the foregoing **AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** with the Clerk of the Court, which caused a copy to be served on those registered for CM/ECF service.

/s/ Aaron L. Hammer