UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

Burke Brands LLC
dba Don Pablo Coffee,

      Debtor.
_____/

Case No. 22-19932-RAM
Chapter 11

## MOTION TO MODIFY CONFIRMED PLAN OF REORGANIZATION

BURKE BRANDS LLC (the "Debtor"), by and through undersigned counsel, hereby moves this Court to enter an order modifying the Debtor's Chapter 11 Plan pursuant to 11 U.S.C. § 1193(a) and (b) (the "Motion"), and in support thereof, state as follows:

1. This case was commenced by the filing of voluntary petition under Chapter 11, Subchapter V, of the Bankruptcy Code on December 29, 2022.

2. On December 9, 2023, Debtor filed its *Third Amended Plan of Reorganization* (the "Amended Plan") [ECF 348].

3. In connection with the Amended Plan, the Court, on December 21, 2023, entered an *Order Confirming Debtor's Subchapter V Plan of Reorganization* (the "Order") [ECF 393].

4. The Debtor respectfully requests to modify its Amended Plan only as to the treatment of Class 10 General Unsecured Claims.

5. Under the terms of the plan as originally confirmed, Debtor was to pay general unsecured creditors in the following manner:

> *Class 10* - Commencing January 2024 or on the Initial Payment Date, whichever is later, payments of $100,000.00 shall be distributed pro rata on an annual basis for two years followed by a distribution of $200,000.00 in Year 3, for a total payout of $400,000.00 (the "Total GUC Payout"). These payments shall be in full satisfaction, settlement, release, and extinguishment of their respective Allowed Claims. The Debtor may prepay any or all of the distributions described herein with no prepayment penalty. Once the Total GUC Payout is complete; i.e., the Debtor has paid $400,000 to Class 10 claimants pro rata, the Debtor will then be eligible for its discharge and final decree, regardless if the Total GUC Payout is completed earlier than 3 years from the Effective Date".

6. The Debtor proposes to modify the Class 10 treatment as follows, with the changes listed in red and underlined: "Class 10. Commencing January 2024 or on the Initial Payment Date, whichever is later, payments of $100,000.00 for Year 1 shall be distributed pro rata as follows:  May $5,5467.68, June $2,500, July $5,000, August $10,000, September $15,000, October $20,000, November $20,000, and December $22,032.32; and for Year 2, $100,000 will be distributed pro rata in January 2025, shall be distributed *pro rata* on an annual basis for two years followed by a pro rata distribution of $200,000.00 in Year 3 (in January 2026), for a total payout of $400,000.00 (the "Total GUC Payout"). These payments shall be in full satisfaction, settlement, release, and extinguishment of their respective Allowed Claims. The Debtor may prepay any or all of the distributions described herein with no

prepayment penalty. Once the Total GUC Payout is complete; i.e., the Debtor has paid $400,000 to Class 10 claimants pro rata, the Debtor will then be eligible for its discharge and final decree, regardless if the Total GUC Payout is completed earlier than 3 years from the Effective Date.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order Granting Motion to Modify Confirmed Plan of Reorganization according to the terms herein, and granting any other and further relief as this Court deems just and proper.

PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on those registered for CM/ECF notifications in this case, on May 17, 2024, and will be served upon all creditors and interested parties on the official court matrix, upon receipt of the notice of hearing.

Respectfully Submitted,

Wernick Law, PLLC
*Counsel for the Debtor*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
561-961-0922

By: */s/Aaron A. Wernick*
Aaron A. Wernick, Esq.
Florida Bar No. 14059
awernick@wernicklaw.com