UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

                                                           Case No. 22-19932-RAM

Burke Brands, LLC,                            Chapter 11

            Debtor.
_____/

## CERTIFICATE OF SERVICE – ECF 401 and ECF 402

I HEREBY CERTIFY that a true and correct copy of the following documents were served on all parties listed below in the manner and dates indicated:

**[ECF 401]** *Debtor's Motion to Modify Confirmed Chapter 11 Plan of Reorganization*

**[ECF 402]** *Notice of Hearing* to Consider ECF 401

Dated: May 21, 2024

                                                            Wernick Law, PLLC
                                                            *Counsel for the Debtor*
                                                            2255 Glades Road, Suite 324A
                                                           Boca Raton, Florida 33431
                                                           (561)961-0922

                                                            By: */s/Aaron A. Wernick*
                                                           Aaron A. Wernick, Esq.
                                                          Florida Bar No.: 14059
                                                          awernick@wernicklaw.com

## SERVED VIA U.S. MAIL NOTICE ON MAY 21, 2024 TO:

To all parties on the attached mailing list, served by BK Attorney Services CertificateofService.com.


## SERVED VIA CM/ECF NOTICE TO:

- Leyza F. Blanco    lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- Douglas C Broeker    doug@broekerlaw.com, carla@broekerlaw.com;DocService@broekerlaw.com
- Jacqueline Calderin    jc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com
- Ronald S Canter    rcanter@roncanterllc.com
- Shawn M Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Daniel M Coyle    dcoyle@sequorlaw.com, ngonzalez@sequorlaw.com
- Nikita J Desai    ndesai@ktslaw.com, ecfnotices@hmblaw.com

- Robert C Folland    rob.folland@btlaw.com, karen.landino@btlaw.com
- Anthony F. Giuliano    afg@glpcny.com
- Aaron L Hammer    ahammer@ktslaw.com, ecfnotices@hmblaw.com
- Linda M Leali    lleali@lealilaw.com, lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- Linda Marie Leali    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Leanne McKnight Prendergast    Leanne.Prendergast@pierferd.com, l3annemp@gmail.com
- Lauren G Raines    lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com
- Steven D Schneiderman    Steven.D.Schneiderman@usdoj.gov
- James Schwitalla    jwscmecf@bellsouth.net, miamibkcmyecf@gmail.com;schwitallajr74031@notify.bestcase.com
- Raychelle A Tasher    Raychelle.Tasher@usdoj.gov, bridgett.moore@usdoj.gov;Shannon.Patterson@usdoj.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE:<br>BURKE BRANDS LLC | CASE NO: 22-19932<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 401 |

On 5/21/2024, I did cause a copy of the following documents, described below,

Motion to Modify Confirmed Plan of Reorganization  ECF Docket Reference No. 401

Notice of Hearing 402

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/21/2024

/s/ Aaron A. Wernick
Aaron A. Wernick  14059
Attorney for Debtor
Wernick Law PLLC
2255 Glades Road, Suite 324A
Boca Raton, FL  33431
561 613 8306
cworkinger@wernicklaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE:<br>BURKE BRANDS LLC | CASE NO: 22-19932<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 401 |

On 5/21/2024, a copy of the following documents, described below,

Motion to Modify Confirmed Plan of Reorganization  ECF Docket Reference No. 401

Notice of Hearing 402

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/21/2024



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Aaron A. Wernick
Wernick Law PLLC
2255 Glades Road, Suite 324A
Boca Raton, FL  33431

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| REGAIN GROUP LLC<br>1 WORLD TRADE CENTER STE 8500<br>NEW YORK NY 10007-0089 | ROBERT JOHNSTON<br>28 WILLIAMS ROAD<br>FAIRFIELD CT 06812-2538 | RONALD FIADINI<br>2201 NW 85 AVENUE<br>PEMBROKE PINES FL 33024-3437 |
| SANDRA LAFRANCE<br>15 PANTRY ROAD<br>HATFIELD MA 01088-9512 | SHANNA M KAMINSKI<br>PO BOX 247<br>GRASS LAKE MI 49240-0247 | (P)SHOPIFY INC<br>100 SHOCKOE SLIP 2ND FLOOR<br>RICHMOND VA 23219-4100 |
| STATE OF FLORIDA DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | SUPERIUM COFFEE WAREHOUSE LLC<br>3245 SW 96TH AVENUE<br>MIAMI FL 33165-3042 | TOTAL QUALITY LOGISTICS LLC<br>ATTN JOSEPH B WELLS CORP COUNSEL<br>4289 IVY POINTE BLVD<br>CINCINNATI OH 45245-0002 |
| ULTRA PURE LLC<br>50 OLD KINGS HWY N<br>DARIEN CT 06820-4637 | VALMAR ENTERPRISES INC<br>5000 ELDORADO PARKWAY<br>SUITE 150-203<br>FRISCO TX 75033-8695 | WASTE PRO<br>2101 WEST STATE ROAD 434<br>SUITE 305<br>LONGWOOD FL 32779-5053 |
| IFILL SYSTEMS<br>4060 GRANT ST 106<br>WASHOUGAL WA 98671-2815 | SAMUEL SALMON<br>5019 SW 23RD STREET<br>WEST PARK FL 33023-3229 | CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>113C1<br>CASE 22-19932-RAM<br>SOUTHERN DISTRICT OF FLORIDA<br>MIAMI<br>TUE MAY 21 14-14-10 EDT 2024 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | ACORN EAST PAPER PRODUCTS COMPANY LLC<br>16301 NW 15TH AVENUE<br>MIAMI FL 33169-5615 | AFFORDABLE AIR  HEAT<br>515 NE 190TH STREET<br>MIAMI FL 33179-3911 |
| ALIPACK INTERNATIONAL LLC<br>7110 SW 158TH CT<br>MIAMI FL 33193-3460 | ANDREW B GLAAB<br>COHN  DUSSI LLC<br>68 HARRISON AVE SUITE 502<br>BOSTON MA 02111-1929 | ARIPACK INC<br>9411 DITMAS AVE<br>BROOKLYN NY 11236-1824 |
| ASTRONOVA INC<br>600 EAST GREENWICH AVENUE<br>WEST WARWICK RI 02893-7526 | BLUE JAY TRUCKING CORP<br>8005 NW 80 STREET SUITE 1<br>MIAMI FL 33166-2130 | CCOF CERTIFICATION SERVICES LLC<br>2155 DELAWARE AVENUE<br>SUITE 150<br>SANTA CRUZ CA 95060-5732 |
| CIVIL PROCESS CLERK<br>US ATTORNEYS OFFICE FOR DC<br>601 D STREET NW<br>WASHINGTON DC 20530-0034 | COMCAST<br>COMCAST CENTER<br>1701 JFK BOULEVARD<br>PHILADELPHIA PA 19103-2899 | CUSTOM PAPER TUBES LLC<br>CO SCOTT A LIBERMAN<br>110 NORTH MAIN STREET SUITE 1200<br>DAYTON OH 45402-3703 |

| | | |
|---|---|---|
| DAVE WEIGHTON<br>453 TIVOLI DRIVE<br>JACKSONVILLE FL 32259-8951 | DEPENDABLE PACKAGING SOLUTIONS INC<br>PO BOX 748472<br>ATLANTA GA 30374-8472 | DIVVY CARD<br>13707 S 200 W<br>STE 100<br>DRAPER UT 84020-2443 |
| ECOLAB PEST ELIMINATION DIVISION<br>3535 S 31ST ST<br>GRAND FORKS ND 58201-3505 | EMIL SEGEBRE<br>6695 NW 36TH AVENUE<br>MIAMI FL 33147-7519 | EULER HERMES NA INSURANCE CO<br>800 RED BROOK BLVD<br>OWINGS MILLS MD 21117-5173 |
| FEDEX CORPORATE SERVICES INC<br>3965 AIRWAYS BLVD MODULE G 3RD FLOOR<br>MEMPHIS TN 38116-5017 | FERRELLGAS<br>PO BOX 173940<br>DENVER CO 80217-3940 | FLORIDA FIRST CAPITAL FINANCE<br>CORPORATION I<br>1351 N GADSDEN STREET<br>TALLAHASSEE FL 32303-5668 |
| FOCUSTAR CAPITAL GROUP LLC<br>CO JAMES D A FELDS<br>3685 LOBLOLLY SQ<br>VERO BEACH FL 32966-6331 | INTERNATIONAL<br>HJM ASIA LAW  CO LLC<br>49 KIM YAM ROAD<br>SINGAPORE 239353 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JLGC HOLDINGS<br>CO ROBERT J KLEINFELDT ESQ<br>390 N ORANGE AVE SUITE 2300<br>ORLANDO FL 32801-1684 | JAHANI  ASSOCIATES<br>641 LEXINGTON AVE<br>15TH FLOOR<br>NEW YORK NY 10022-4503 | JOHN MIRACOLA<br>255 NORTH UNIVERSITY DRIVE<br>HOLLYWOOD FL 33024-6715 |
| KNOZA CONSULTING LLC<br>4557 OLD CARRIAGE TRL<br>OVIEDO FL 32765-8454 | LINELLE KAGAWA<br>2180 LEOTI DR<br>COLORADO SPRINGS CO 80915-4336 | MALLOY  MALLOY PL<br>2800 SW 3RD AVE<br>MIAMI FL 33129-2317 |
| MAXPAK TOTAL PACKAGING<br>2808 NEW TAMPA HWY<br>LAKELAND FL 33815-3438 | MIAMI DADE COUNTY TAX COLLECTOR<br>140 WEST FLAGLER ST 1ST FLOOR<br>MIAMI FL 33130-1561 | MIKE LINDELL PRODUCTS LLC<br>1550 AUDUBON RD STE 200<br>CHASKA MN 55318-9508 |
| PCA PACKAGING CORPORATION OF AMERICA<br>1 NORTH FIELD COURT<br>LAKE FOREST IL 60045-4810 | PARAGON PRINT SYSTEMS INC<br>2021 PARAGON DRIVE<br>ERIE PA 16510-1135 | PAYPAL WORKING CAPITAL<br>PO BOX 45950<br>OMAHA NE 68145-0950 |
| PUBLICITY FOR GOOD LLC<br>140 S STERLING STREET<br>MORGANTON NC 28655-3441 | QUARTER COMPANY GROUP INC<br>CO ADAM HOROWITZ<br>PO BOX 531045<br>MIAMI FL 33153-1045 | RED DOG VENTURES LLC<br>2810 SELWYN AVE UNIT 407<br>CHARLOTTE NC 28209-1783 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


RED GONI COFFEE LLC
825 W LAMBERT RD
BREA CA 92821-2908
```